UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-143-1D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| ALVIN MARION PICKETT | |

On motion of the Defendant, Alvin Marion Pickett, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #43 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED.

This 15 day of May, 2018.

JAMES C. DEVER III
Chief United States District Judge