UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-143-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| ALVIN MARION PICKETT | |

On motion of the Defendant, Alvin Marion Pickett, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #51 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED.

This **30** day of _____August_____, 2018.

_____
JAMES C. DEVER III
Chief United States District Judge