UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-cr-143-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| ALVIN MARION PICKETT | |

On motion of the Defendant, Alvin Marion Pickett, and for good cause shown, it is hereby ORDERED that the Sentencing Memorandum at Docket Entry # 57 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and counsel for the defendant.

IT IS SO ORDERED.

This the **30** day of **October**, 2018.

                                                  JAMES C. DEVER III
                                                  United States District Judge