IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00143-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| ALVIN MARION PICKETT | : |

**ORDER OF FORFEITURE**

In the Criminal Indictment in the above action, the United States sought forfeiture of firearms and ammunition pursuant to 18 U.S.C. § 924(d)(1).

The defendant pled guilty to Counts Two and Four of the Criminal Indictment, that is, to offenses in violation of 18 U.S.C. § 924(c), and agreed to forfeit the property listed in the Criminal Indictment, that is, a F.I.E. Corporation, model Titan, .25 caliber, semi-automatic pistol, bearing serial number B84624, and all accompanying ammunition.

By virtue of the defendant's guilty plea and agreement, the United States is now entitled to possession of the firearms and ammunition, pursuant to Fed. R. Crim. P. 32.2(b)(3);

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. That based upon the agreement contained in the Memorandum of Plea Agreement as to the defendant, Alvin Marion Pickett, the United States is hereby authorized to seize the above-stated

personal property, that is, any firearm or ammunition recovered, specifically, a F.I.E. Corporation, model Titan, .25 caliber, semi-automatic pistol, bearing serial number B84624, and all accompanying ammunition, and they are hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3).

2. Upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant immediately.

SO ORDERED. This 6 day of November, 2018.

JAMES C. DEVER, III
United States District Judge

2